UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DEUTSCHE BANK TRUST COMPANY AMERICAS, :
in its capacity as successor indenture trustee for certain :
series of Senior Notes, *et al.*, :
 :
                Plaintiffs, :
 :
     vs. :    No. 11 Civ. 4522 (RJH)
 :
ABU DHABI INVESTMENT AUTHORITY, *et al.*, :
 :
               Defendants. :
 :
------------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Jeffrey C. Fourmaux, hereby certify that on September 14, 2011, I caused true copies of: (1) the Notice of Motion for Plaintiffs' Motion to Extend the Time for Service of the Summons and First Amended Complaint [Dkt. #90], (2) Memorandum of Law in Support of Plaintiffs' Motion to Extend the Time for Service of the Summons and First Amended Complaint [Dkt. #91], and (3) Declaration of Hal Neier in Support of Plaintiffs' Motion to Extend the Time for Service of the Summons and First Amended Complaint [Dkt. #92], to be served by first-class mail, postage prepaid, upon the following defendants named in the First Amended Complaint in this action who have not yet entered appearances in the action:

    Abu Dhabi Investment Authority
    c/o Charles E. Talisman, Esq.
    PATTEN BOGGS LLP
    2550 M Street, NW
    Washington, DC 20037-1350

    AIM Counselor Series Trust (Invesco Counselor Series Trust)
    11 Greenway Plaza, Suite 2500
    Houston, TX  77046
    Attention:  John M. Zerr, Esq.

1035564.1

AIM Variable Insurance Funds (Invesco Variable Insurance Funds)
11 Greenway Plaza, Suite 2500
Houston, TX  77046
Attention:  John M. Zerr, Esq.

AllianceBernstein L.P.
c/o     Richard S. Miller, Esq.
        Robert T. Honeywell, Esq.
        Brian D. Koosed, Esq.
K&L GATES LLP
599 Lexington Avenue
New York, NY  10022

AM International E MAC 63 Ltd.
c/o AM Investment Partners, LLC
One Liberty Plaza, 27th Floor
New York, NY  10006
Attention:  General Counsel, Legal Department

AM Master Fund III, LP
c/o AM Investment Partners, LLC
One Liberty Plaza, 27th Floor
New York, NY  10006
Attention:  General Counsel, Legal Department

Ampere Capital Management LP
75 Rockefeller Plaza, 27th Floor
New York, NY 10019
Attention:  General Counsel, Legal Department

The Bank of New York Mellon
c/o Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Daniel Goldberger, Esq.
David S. Mordkoff , Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036

Bank of New York Mellon Corporation
c/o Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Daniel Goldberger, Esq.
David S. Mordkoff , Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036

The Bank Of New York Mellon, as trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan f/k/a Mellon Bank, N.A. Employee Benefit Collective Investment Fund Plan
c/o Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Daniel Goldberger, Esq.
David S. Mordkoff , Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036

The Bank of New York Mellon, as trustee of The Collective Trust of the Bank of New York
c/o Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Daniel Goldberger, Esq.
David S. Mordkoff , Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036

The Bank of New York Mellon, as trustee of SPDR S&P MidCap 400 ETF Trust a/k/a SPDR MidCap 400 Trust
c/o Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Daniel Goldberger, Esq.
David S. Mordkoff , Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036

Bear Stearns Asset Management, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY  10011

BlackRock
c/o    Brian Koosed, Esq.
        Thomas F. Holt, Jr. , Esq.
        William G. Potter, Esq.
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111

BlackRock Advisors (UK) Ltd. f/k/a Barclays Global Investors Ltd.
c/o    Brian Koosed, Esq.
        Thomas F. Holt, Jr. , Esq.
        William G. Potter, Esq.
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111

BlackRock Institutional Trust Company, N.A. f/k/a Barclays Global Investors, N.A.
c/o    Brian Koosed, Esq.
        Thomas F. Holt, Jr. , Esq.
        William G. Potter, Esq.
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111

BNP Paribas Prime Brokerage, Inc.
c/o    Daniel L. Cantor, Esq.
        Daniel S. Shamah, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

BNY Mellon
c/o Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Daniel Goldberger, Esq.
David S. Mordkoff , Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036

Bon Secours Health System, Inc.
Attention:  Martha C. Riva
1505 Marriottsville Road
Marriottsville, MD 21104

William H. Browne
c/o Sean C. Southard, Esq.
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, New York 10018

Carlyle Multi-Strategy Master Fund Ltd.
1177 Avenue of the Americas, 16th Floor
New York, NY 10013-1505
Attention:  General Counsel, Legal Department

Caxton Associates, LP as successor to Caxton Associates, LLC
500 Park Avenue
New York, NY  10022
Attention:  General Counsel

Chicago Trading Company
440 South LaSalle Street, 4th Floor
Chicago, IL 60605
Attention:  General Counsel, Legal Department

Coutts US Equity Index Programme
c/o Coutts & Co.
440 Strand
London WC2R 0QS
United Kingdom
Attention:  Legal Department

Deephaven Capital Management LLC
c/o Matthew Solum, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022

Del Mar Asset Management, LP
711 Fifth Avenue, 5th Floor
New York, New York  10022
Attention:  General Counsel, Legal Department

Deutsche Bank
c/o Sarah A. Sulkowski, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, NW
Suite 1100
Washington, DC  20006

Deutsche Bank AG Frankfurt
c/o Sarah A. Sulkowski, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, NW
Suite 1100
Washington, DC  20006

Deutsche Bank Securities Inc. – DB AG Equity Swaps Offshore Consolidated Account I
c/o Sarah A. Sulkowski, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, NW
Suite 1100
Washington, DC  20006

Deutsche Lufthansa AG
Lufthansa German Airlines
1640 Hempstead Turnpike
East Meadow, NY 11554
Attention:  Legal Department

Forrestal Funding Master Trust
c/o U.S. Bank Trust National Association
100 Wall Street, 16th Floor
New York, NY 10005
Attention: Corporate Trust Administration (Janet O'Hara, Esq.)

Galleon Management, L.P.
c/o Adam S. Hakki, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069

Galleon Buccaneers Offshore Ltd.
c/o Adam S. Hakki, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069

HSBC Bank (Cayman) Limited as successor to Bank of Bermuda (Cayman) Ltd.
HSBC House
68 West Bay Road, George Town
P.O. Box 1109
Grand Cayman KY1-1102
Cayman Islands

General Electric Company
c/o Dianne F. Coffino, Esq.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018-1045

Goldman Sachs & Co.
200 West Street
New York, NY 10282
Attention:  General Counsel, Legal Department

Goldman Sachs Execution & Clearing, L.P.
200 West Street
New York, NY 10282
Attention:  General Counsel, Legal Department

Goldman Sachs Investment Strategies, LLC
200 West Street
New York, NY 10282
Attention:  General Counsel, Legal Department
Gryphon Hidden Values VIII L.P.
c/o Halcyon Asset Management LLC
477 Madison Avenue
New York, NY 10022
Attention:  General Counsel, Legal Department

Halcyon Diversified Fund L.P.
c/o Halcyon Asset Management LLC
477 Madison Avenue
New York, NY 10022
Attention:  General Counsel, Legal Department

Halcyon Asset Management LLC f/k/a Halcyon Management Company LLC
c/o Halcyon Asset Management LLC
477 Madison Avenue
New York, NY 10022
Attention:  General Counsel, Legal Department

Halcyon Special Situations LP
c/o Halcyon Asset Management LLC
477 Madison Avenue
New York, NY 10022
Attention:  General Counsel, Legal Department

The Hartford Financial Services Group, Inc. d/b/a The Hartford
c/o Ainsley G.. Moloney, Esq.
BINGHAM McCUTCHEON LLP
One Federal Street
Boston, MA 02110

Havens Advisors, L.L.C.
600 Lexington Avenue, 29th Floor
New York, NY  10022
Attention:  General Counsel, Legal Department

Highbridge Capital Management, LLC
40 West 57th Street, Floor 32
New York, NY 10019
Attention:  General Counsel, Legal Department

Highbridge Event Driven/Relative Value Fund, Ltd.
c/o Highbridge Capital Management, LLC
40 West 57th Street, Floor 32
New York, NY 10019
Attention:  General Counsel, Legal Department

Highbridge International LLC
c/o Elizabeth Horowitz, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

IBM Netherlands MSCI US
c/o Christopher R. Belmonte, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169

IBM Personal Pension Plan Trust
c/o Christopher R. Belmonte, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169

IBM Retirement Funds
c/o Christopher R. Belmonte, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169

INKA mbH
c/o William J. Brown, Esq.
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY  14203-2887

International Business Machines Corporation
c/o Christopher R. Belmonte, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169

J.P. Morgan
c/o     Alicia L. Chang, Esq.
        Benjamin S. Kaminetzky
        Elliot Moskowitz, Esq.
        Michael J. Russano, Esq.
DAVIS POLK WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

J.P. Morgan Whitefriars, Inc.
c/o     Alicia L. Chang, Esq.
        Benjamin S. Kaminetzky, Esq.
        Elliot Moskowitz, Esq.
        Michael J. Russano, Esq.
DAVIS POLK WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

The JPMorgan Chase 401(k) Savings Plan
1111 Polaris Parkway
Columbus, OH  43240
Attention:  General Counsel, Legal Department

Liberty Harbor Master Fund I, LP
200 West Street
New York, New York 10282
Attention:  General Counsel, Legal Department

Merrill Lynch
c/o    Madlyn G. Primoff, Esq.
        Daniel M. Boglioli, Esq.
        Jane W. Parver, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022

Metropolitan Life Insurance Co.
200 Park Avenue
New York, NY 10166-0188
Attention:  General Counsel, Legal Department

Milton Partners, LLC
c/o Joseph T. Baio, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

Morgan Stanley & Co. LLC f/k/a Morgan Stanley & Co. Inc.
c/o    Jonathan D. Polkes, Esq.
        Michael F. Walsh, Esq.
WEIL, GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Morgan Stanley & Co. International plc f/k/a Morgan Stanley & Co. International Ltd.
c/o    Jonathan D. Polkes, Esq.
        Michael F. Walsh, Esq.
WEIL, GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Morgan Stanley d/b/a Morgan Stanley Prime Brokerage
c/o    Jonathan D. Polkes, Esq.
        Michael F. Walsh, Esq.
WEIL, GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Morgan Stanley Smith Barney LLC
c/o     Jonathan D. Polkes, Esq.
        Michael F. Walsh, Esq.
WEIL, GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Morgan Stanley S&P 500 Index Fund
c/o Stefanie V. Chang Yu, Esq.
Morgan Stanley Investment Advisors, Inc.
522 Fifth Avenue
New York, NY 10036

Morgan Stanley S&P 500 Index Fund
c/o Neal R. Troum, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481

Morgan Stanley Select Dimensions Investment Series, Equally-Weighted S&P 500 Portfolio (f/k/a Morgan Stanley Select Dimensions Investment Series, Value Added Market Portfolio)
c/o Arthur Lev
Morgan Stanley Investment Advisors, Inc.
522 Fifth Avenue
New York, NY 10036

Morgan Stanley Equally-Weighted S&P 500 Fund
(f/k/a Morgan Stanley Value Added Market Series)
c/o Stefanie V. Chang Yu, Esq.
Morgan Stanley Investment Advisors, Inc.
522 Fifth Avenue
New York, NY 10036

New York Life Insurance Co.
c/o Ainsley G. Moloney, Esq.
BINGHAM McCUTCHEON LLP
One Federal Street
Boston, MA 02110

Newbrook Capital Advisors LP
Attention:  Robert Boucai
505 Fifth Avenue, 16th Floor
New York, NY 10017

New York City Board of Education Retirement System
c/o Olga Minkina, Esq.
THE CITY OF NEW YORK LAW DEPARTMENT
100 Church Street
New York, NY  10007

New York City Employees Retirement System (NYCERS)
c/o Olga Minkina, Esq.
THE CITY OF NEW YORK LAW DEPARTMENT
100 Church Street
New York, NY  10007

New York City Fire Pension Fund
c/o Olga Minkina, Esq.
THE CITY OF NEW YORK LAW DEPARTMENT
100 Church Street
New York, NY  10007

New York City Police Officers' Variable Supplements Fund
c/o Olga Minkina, Esq.
THE CITY OF NEW YORK LAW DEPARTMENT
100 Church Street
New York, NY  10007

New York City Police Pension Fund
c/o Olga Minkina, Esq.
THE CITY OF NEW YORK LAW DEPARTMENT
100 Church Street
New York, NY  10007

Oddo & Cie (as successor to Banque D'Orsay)
c/o Oddo Securities Corp.
150 East 52nd Street, 9th Floor
New York, NY 10022
Attention:  Legal Department

Oppenheimer & Co., Inc.
c/o Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Daniel Goldberger, Esq.
David S. Mordkoff, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036

Adam Potter
171 West 71st Street, Unit 10E
New York, NY 10023-3801

Prism Partners Offshore Fund
c/o Weinbtraub Capital Management, L.P.
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Attention:  Legal Department

Prudential Bache Securities LLC (n/k/a Jeffries, Bache LLC)
1 New York Plaza
13th Floor, Law Department
New York, NY 10292-2013
Attention:  General Counsel, Legal Department

Sanford C. Bernstein & Co., Inc.
c/o AllianceBernstein L.P.
1345 Avenue of the Americas
New York, NY  10019
Attention:  Legal Department

Stark Investments d/b/a Deephaven Funds
c/o  Michael H. Schaalman, Esq.
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, WI  53202

Stichting Pensioenfonds Medische Specialisten
c/o APG Asset Management US Inc.
666 Third Avenue, 2nd Floor
New York, NY 10017

Time Warner Inc. Master Pension Trust
c/o Yvonne Look, Esq.
Time Warner Inc.
One Time Warner Center
New York, NY 10019

Tribeca Investments LLC
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958

Tweedy Browne Fund Inc.
c/o Sean C. Southard
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, New York 10018

UBS Securities LLC as successor to UBS Securities Inc.
c/o Sarah A. Sulkowski, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, NW
Suite 1100
Washington, DC  20006

USAA Federal Savings Bank
USAA McDermott Building
9800 Fredericksburg Rd.
San Antonio, TX 78288
Attention:  General Counsel, Legal Department

Westchester Capital Management, Inc.
100 Summit Lake Drive
Valhalla, NY  10595
Attention:  General Counsel, Legal Department

    - and -

Wilmington Trust Company
(as owner-trustee of Forrestal Funding Master Trust)
1100 North Market Street
Wilmington, DE 19890-0001
Attention:  General Counsel, Legal Department;

and I hereby further certify that, on September 14, 2011, true copies of the same were served through the Court's ECF system upon the following counsel for defendants named in the First Amended Complaint who had entered appearances in this action as of September 14, 2011:

Jeffrey Lance Nagel, Esq.
GIBBONS P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

*Attorneys for Defendant Allianz Invest KAG mbH*

John Orenstein, Esq.
ROSS & ORENSTEIN LLC
222 South Ninth Street, Suit 470
Minneapolis, MN  55402

*Attorneys for Defendant AQR Capital Management LLC*

Daniel Lucas Cantor, Esq.
Daniel Steven Shamah, Esq.
Evan M. Jones, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036

*Attorneys for Defendants Banc of America Securities LLC*
 *and Bank of America , N.A.*

Alan Joseph Stone, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005

*Attorneys for Defendants Baclays Bank plc, Barclays Capital, Inc., Barclays Capital Securities Limited, Barclays Capital Securities Limited as successor to BZW Securities Limited, BHF Bank Aktiengesellschaft, BNP Paribas Securities Corp., Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Aktiengesellschaft, Filiale Amsterdam, Deutsche Bank Securities, Inc., National Financial Services LLC, State Street Bank Luxembourg, S.A., UBS Financial Services Inc., and UBS Securities LLC*

Andrew Garry Gordon, Esq.
Elizabeth Rose McColm, Esq.
Stephen J. Shimshak, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendants Citibank, N.A., Citigroup Global Markets, Inc., and Citigroup Global Markets Ltd.*

Alicia Llosa Chang, Esq.
Benjamin S. Kaminetzky, Esq.
Elliot Moskowitz, Esq.
Michael Joseph Russano, Esq.
DAVIS POLK & WARDWELL L.L.P.
450 Lexington Avenue
New York, NY 10017

*Attorneys for Defendants J.P. Morgan Securities LLC as successor to Bear Stearns & Co., Inc., Bear Stearns Equity Strategies RT LLC, J.P. Morgan Clearing Corp. as successor to Bear Stearns Security Corp., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLC, J.P. Morgan Securities Inc., J.P. Morgan Services, and JPMorgan Chase Bank, National Association*

Robin L. Alperstein, Esq.
BECKER, GLYNN, MELAMED & MUFFLY, LLP
299 Park Avenue
New York, NY 10171

*Attorneys for Defendants Magnetar Capital LLC, Magnetar Finance LLC, and Magnetar Capital Master Fund Ltd.*

Madlyn Gleich Primoff, Esq.
Daniel Matthew Boglioli, Esq.
Jane W. Parver, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

*Attorneys for Defendants Merrill Lynch, Merrill Lynch Financial Markets, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc. as successor to Banc Of America Securities LLC, and Merrill Lynch, Pierce, Fenner & Smith, Inc.*

William Michael Regan, Esq.
Brian J. Poronsky, Esq.
Daniel J. Polatsek, Esq.
KATTEN MUCHIN ROSENMAN, LLP
575 Madison Avenue
New York, NY 10022

*Attorneys for Defendants Perry Corp. and Perry Partners L.P.*

Eric Andrew Schaffer, Esq.
REED SMITH, LLP
225 Fifth Avenue
Pittsburgh, PA 15222

*Attorneys for Defendant R K Mellon Common Trust Fund #3.*

Claire L. Huene, Esq.
MILLER & WRUBEL, P.C.
570 Lexington Avenue,25th Floor
New York, NY 10022

*Attorneys for Defendant Rabo Capital Services, Inc.*

Eric J. Van Schyndle, Esq.
Michael H. Schaalman, Esq.
QUARLES & BRADY, L.L.P.
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497

*Attorneys for Defendant Stark Investments d/b/a Deephaven Funds*

- and -

Christopher Southard, Esq.
KLESTADT & WINTERS, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018

*Attorneys for Defendants TBK Partners, LLC and Vanderbilt Partners, LLC.*

       /s/ *Jeffrey C. Fourmaux*
Jeffrey C. Fourmaux
FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
7 Times Square
New York, New York  10036-6516
Telephone:  (212) 833-1100

*Attorneys for Plaintiffs*