UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/11
```

---

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,

Plaintiffs,

- against -

ABU DHABI INVESTMENT AUTHORITY, et al.,

Defendants.

---

Case No. 1:11-cv-4522 (RJH)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of ERIC J. VAN SCHYNDLE, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of WISCONSIN; and that his contact information is as follows:

> Eric J. Van Schyndle
> QUARLES & BRADY LLP
> 411 E. Wisconsin Ave.
> Milwaukee, WI  53207
> 414-277-5155 (phone) 414-978-8294 (fax)
> Eric.vanschyndle@quarles.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for STARK INVESTMENTS D/B/A DEEPHAVEN FUNDS in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

QB\890849.00026\14045174.1

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: 9/13/11

Judge Richard J. Holwell
United States District Judge