Holwell, 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY
AMERICAS, in its capacity as successor
indenture trustee for certain series of Senior
Notes, *et al.*,

                Plaintiffs,

      - against -

ABU DHABI INVESTMENT AUTHORITY,
*et al.*,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/11

No. 11 Civ. 4522 (RJH)

### STIPULATION EXTENDING RABO CAPITAL SERVICES INC.'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

Plaintiff Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, plaintiff Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and plaintiff Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes (collectively, "Plaintiffs"), and defendant Rabo Capital Services, Inc. ("Rabo") hereby stipulate and agree as follows:

1. Rabo was served with a Summons and the First Amended Complaint in the above-captioned action on September 1, 2011.

2. Pursuant to an April 25, 2011 order of the bankruptcy court in *In re Tribune Co.*, Case No. 08-13141 (KJC) (Bankr. D. Del.), on August 9, 2011 Plaintiffs moved the Court in the captioned action for an order staying all defendants' time to answer or otherwise respond to the Complaint. That motion remains pending.

3. In light of the bankruptcy court order and the pending stay motion, Rabo's time to answer, move or otherwise respond to the First Amended Complaint is extended to 60 days from the date hereof (*i.e.*, to November 8, 2011), without prejudice to any defenses that Rabo may have (other than as to the sufficiency of service of process).

Dated: September 9, 2011

_____
Jeffrey C. Fourmaux
FRIEDMAN KAPLAN SEILER
 & ADELMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 833-1100

*Attorneys for Plaintiffs*

_____
Claire L. Huene
MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, New York 10022
Telephone: (212) 336-3500

*Attorneys for Defendant Rabo Capital Services, Inc.*

SO ORDERED
_____
U.S.D.J.
9/13/11