USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/11 JVS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY
AMERICAS, in its capacity as successor
indenture trustee for certain series of
Senior Notes, et al.

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 11CV4522 (RJH)

-v-

ABU DHABI INVESTMENT AUTHORITY,
et al.

Defendant(s)

---

I hereby certify under the penalties of perjury that on 16th day of September, 20 11, I served: Abu Dhabi Investment Authority under FedEx tracking # 8717 1591 9249

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the Summons, First Amended Complaint, Affidavit and Translations in Arabic

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
September 16, 2011

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Jeanine Viera-Santiago
DEPUTY CLERK OF COURT

# FedEx International Air Waybill
**Express** — For FedEx services worldwide.

## 1 From  *Please print and press hard.*

Date: 09/16/11
Sender's FedEx Account Number: 1776 9508 4

Sender's Name: JEFFREY FOURMAUX
Phone: 212-833-1100

Company: FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Address: 7 TIMES SQUARE
Address: 28th FLOOR
City: NEW YORK    State/Province: NY
Country: USA    ZIP Postal Code: 10036-6516

## 2 To

Recipient's Name: ABU DHABI INVESTMENT AUTHORITY
Phone: 971-2-415-0000

Company: ABU DHABI INVESTMENT AUTHORITY

Address: THE ADIA BUILDING
Address: 211 CORNICHE STREET

City: ABU DHABI    State/Province:
Country: UNITED ARAB EMIRATES    ZIP Postal Code:

Recipient's Tax ID Number for Customs Purposes
*e.g. GST/RFC/VAT/IN/EIN/ABN, or as locally required.*

## 3 Shipment Information

Total Packages: 
Total Weight:
DIM: / / in/cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENTS | | | $ 0 |

Has EEI/SED been filed in AES? *For U.S. Export Only. Check One*

## 4 Express Package Service
*Packages up to 150 lbs./68 kg*

☑ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

## 5 Packaging

☐ FedEx Envelope   ☑ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

## 6 Special Handling

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

## 7a Payment *Bill transportation charges to:*

☑ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

FedEx Acct. No. 1776 9508 4

Credit Card No.
Credit Card Exp. Date

## 7b Payment *Bill duties and taxes to:*

☑ Sender   ☐ Recipient   ☐ Third Party

FedEx Acct. No. 1776 9508 4

## 8 Your Internal Billing Reference

0314/010

## 9 Required Signature

Sender's Signature: *[signed]*

FedEx Tracking Number: **8717 1591 9249**

Form ID No.: **0402**

521

PART 158410•Rev. Date 4/06
©1994–2006 FedEx
PRINTED IN U.S.A.

**Ship and track packages at fedex.com**

Questions? Go to our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

8717 1591 9249 (repeated on side labels: PACKAGE LABEL, COMMERCIAL INVOICE LABEL, DELIVERY RECORD LABEL, DELIVERY REATTEMPT LABEL)
RETAIN THIS COPY FOR YOUR RECORDS.
RRDA 12/09