IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>      Plaintiffs,<br><br>   - against -<br><br>ABU DHABI INVESTMENT AUTHORITY; ALBERTA - WCB; ALLIANCE BERNSTEIN; ALLIANCEBERNSTEIN L.P.; ALLIANZ INVEST KAG - SIEMENS; ALLIANZ/SANFORD; AM INTERNATIONAL EMAC 63 LTD/VOL ARB; AM MASTER FUND III, LP; AMPERE CAPITAL MANAGEMENT LP; AQR CAPITAL AQRREV; BANC OF AMERICA SECURITIES LLC; BANK OF AMERICA, N.A.; BANK OF NEW YORK; BANK OF NEW YORK MELLON; BANK OF NEW YORK MELLON CORPORATION; BANK OF NEW YORK MELLON EMPLOYEE BENEFIT COLLECTIVE INVESTMENT FUND PLAN; BANK OF NEW YORK MELLON / MIDCAP SPDRS; BAR CAP EQUITY FINANCE; BARCLAYS BANK PLC; BARCLAYS CAPITAL GROUP; BARCLAYS CAPITAL, INC.; BARCLAYS CAPITAL SECURITIES LIMITED; BARCLAYS CAPITAL SECURITIES LIMITED as successor to BZW SECURITIES LIMITED; BARCLAYS GLOBAL INVESTORS LTD.; BARCLAYS GLOBAL INVESTORS NA REF INDUSTRY ALPHA LTD; BEAR STEARNS & CO. INC.; BEAR STEARNS EQUITY STRATEGIES RT LLC; BEAR STEARNS SECURITIES CORP.; BHF-BANK AKTIENGESELLSCHAFT; BLACKROCK; BLACKROCK, INC.; BNP PARIBAS PRIME BROKERAGE, INC.; BNP PARIBAS SECURITIES CORP.; BNY MELLON; BON SECOURS HEALTH SYSTEM, INC.; CARLYLE MULTI-STRATEGY MASTER FUND LTD.; CAXTON ASSOCIATES LLC; CHICAGO TRADING; CITIBANK; CITIBANK, N.A.; CITIBANK, N.A. EQUITY DERIVATIVES; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP GLOBAL MARKETS, INC./SALOMON BROTHERS; CITIGROUP GLOBAL MARKETS LTD.; CITIGROUP PRIVATE BANK & TRUST; CLAUDIA F. GASPARINI I.R.A. F/B/O CLAUDIA F. GASPARINI; COLLECTIVE | 11 Civ. 4522<br><br>NOTICE OF APPEARANCE<br><br>Removed from:<br><br>Supreme Court of the State of New York County of New York<br><br>Index No. 651517/2011 |

Trust of The Bank of New York; Coutts EIP US Equity Index BGI, AIB BNY; Credit Suisse First Boston; Credit Suisse Securities (USA) LLC; CSFB Proprietary Trading US; DB Bank AG Amsterdam; Deephaven; Deephaven Capital Management; Del Mar Asset Management; Deutsche Bank AG; Deutsche Bank AG Frankfurt; Deutsche Bank AQRREV; Deutsche Bank Securities, Inc.; Deutsche Lufthansa AG; Forrestal Funding Master Trust; Galleon Management LP / Galleon Buccaneers Offshore Bank of Bermuda (Cayman) Ltd.; General Electric Company; Goldman, Sachs & Co.; Goldman, Sachs & Co, Inc.; Goldman Sachs Execution & Clearing; Goldman Sachs Execution & Clearing, L.P.; Goldman Sachs Investment Strategies, LLC; Gryphon Hidden Value VIII LP; Halcyon Diversified Fund LP; Halcyon Management Co. LLC; Halcyon Special Situations lp; Havens Advisors LLC; Highbridge Capital Management, LLC; Highbridge Int LLC (No 3) / A/C Highbridge Cap Cop Maples & Calder; HSBC N.A. Holdings, Inc,; IBM Netherlands MSCI US; IBM Personal Pension Plan Trust; IBM Retirement Funds; INKA MBH For Sperrkonto; International Business Machines Corporation; J.P. Morgan; J.P. Morgan Clearing Corp.; J.P. Morgan Securities Llc/NYSE; J.P. Morgan Securities Inc.; J.P. Morgan Services; JPMorgan Chase Bank, National Association; Laura Lynn Ford; Liberty Harbor Master Fund I, LP; Magnetar Capital LLC; Magnetar Financial LLC / Magnetar Capital MST FD Ltd M&C Corporate Services Ltd.; Maples & Calder; Merrill Lynch; Merrill Lynch Financial Markets, Equity Financing Group; Merrill Lynch, Pierce, Fenner & Smith, Inc. as successor to Banc of America Securities LLC, Securities Lending Services; Merrill Lynch, Pierce, Fenner & Smith, Inc. - Safekeeping; Merrill Lynch, Pierce, Fenner & Smith, Inc. - Securities Lending; Metropolitan Life Insurance Co.; Milton Partners LLC; Morgan Stanley & Co. Inc.; Morgan Stanley & Co. Intl.; Morgan Stanley/Prime Broker/CN; Morgan Stanley Smith Barney Llc; MS S&P 500 Index Fund; MS Select - Value Added Market; MS Value Added Market Series;

| |
|---|
| NATIONAL FINANCIAL SERVICES LLC; NEW YORK LIFE INSURANCE CO.; NEWBROOK CAPITAL ADVISORS LP; NYC BOARD OF EDUCATION; NYC EMPLOYEES RETIREMENT SYSTEM; NYC FIRE RETIREMENT SYSTEM; NYC POLICE OFICERS VARIABLE; NYC POLICE RETIREMENT SYSTEM; NYC RETIREMENT SYSTEMS; ODDO & CIE as successor to BANQUE D'ORSAY; OPPENHEIMER & CO., INC.; PERRY CORP.; PERRY PARTNERS; PERRY PARTNERS L.P.; POTTER, ADAM F.; PRISM PARTNERS OFFSHORE; PRUDENTIAL BACHE SECURITIES, LLC; R K MELLON CTF #3; RABO CAPITAL SERVICES, INC.; RELATIVE VALUE LTD / HIGHBRIDGE EVENT DRIVEN RE HIGHBRIDGE CAP MGMT LLC; SANFORD C. BERNSTEIN & CO., INC,; STATE STREET LUX; TBK PARTNERS, LLC; TD ASSET MANAGEMENT USA, INC.; TD EMERALD HEDGED U.S. EQUITY; TD EMERALD POOLED U.S. FUND; TD EMERALD U.S. MARKET INDEX FUND; TD U.S. INDEX FUND; THE HARTFORD; TIME WARNER INC. MASTER PENSION TRUST; TRIBECA INVESTMENTS LLC; TWEEDY, BROWNE COMPANY, LLC; TWEEDY, BROWNE VALUE FUND; UBS FINANCIAL SERVICES INC.; UBS SECURITIES INC.; UBS SECURITIES LLC - SECURITIES LENDING; USAA FEDERAL SAVINGS BANK; VANDERBILT PARTNERS, LLC; WESTCHESTER CAPITAL MANAGEMENT; WILLIAM H. BROWNE; and WILMINGTON TRUST CO. as owner and trustee for THE US TRUST, <br><br>                                Defendants. |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & McCloy LLP ("Milbank") hereby appears as counsel of record for Defendants BHF-Bank Aktiengesellschaft; BNP Paribas Securities Corp.; Credit Suisse Securities (USA) LLC; Deutsche Bank Aktiengesellschaft, Filiale Amsterdam; Deutsche Bank Aktiengesellschaft; Deutsche Bank Securities, Inc.; National Financial Services LLC; State Street Bank Luxembourg S.A.; TD Asset Management USA, Inc.; UBS Financial Services Inc.; and UBS Securities LLC, and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5285
Facsimile: (212) 822-5285
Attn:   Alan J. Stone, Esq., astone@milbank.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives any defense or objection including, but not limited to, lack of jurisdiction and/or improper process and/or service of process.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any entity either in this case or in any other action, are expressly reserved.

Dated:  New York, New York
         August 10, 2011

/s/ Alan J. Stone
MILBANK, TWEED, HADLEY & McCLOY LLP
Alan J. Stone
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5285
Facsimile: (212) 822-5285
Email: astone@milbank.com

*Counsel for Defendants BHF-Bank Aktiengesellschaft; BNP Paribas Securities Corp.; Credit Suisse Securities (USA) LLC; Deutsche Bank Aktiengesellschaft, Filiale Amsterdam; Deutsche Bank Aktiengesellschaft; Deutsche Bank Securities, Inc.; National Financial Services LLC; State Street Bank Luxembourg S.A.; TD Asset Management USA, Inc.; UBS Financial Services Inc.; and UBS Securities LLC*