SCHEICHET & DAVIS, P.C.
Victor P. Muskin – VM 1824
767 Third Avenue – 24th Floor
New York, NY 10017
(212) 688-3200

**Attorneys for Defendant Oddo & Cie as successor to
Banque d'Orsay**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES notes,<br><br>Plaintiffs,<br><br>-against-<br><br>ABU DHABI INVESTMENT AUTHORITY, et al.,<br><br>Defendants. | 11 Civ. 04522 (RJH)<br><br>Case Removed From:<br><br>Supreme Court of the State of New York County of New York<br><br>Index No. 651517/2011 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Oddo & Cie, sued herein as successor to Banque d'Orsay, by its attorneys,

Scheichet & Davis, P.C., hereby certifies, pursuant to Fed.R.Civ.P. 7.1, and to enable judges of

1

204897

this Court to evaluate possible disqualification or recusal, that no corporation or entity other than

Allianz France, S.A. owns 10% or more of a class of Oddo's equity interests.

Dated: New York, New York
      September 21, 2011

 

Respectfully submitted,

**SCHEICHET & DAVIS, P.C.**
**Victor P. Muskin – VM 1824**

/s/  Victor P. Muskin

767 Third Avenue - 24th Floor
New York, NY 10017
(212) 688-3200

Attorneys for Defendant Oddo & Cie as successor to Banque d'Orsay

204897