SCHEICHET & DAVIS, P.C.
Victor P. Muskin – VM 1824
767 Third Avenue – 24th Floor
New York, NY 10017
(212) 688-3200

Attorneys for Defendant Oddo & Cie as successor to
Banque d'Orsay

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES notes,<br><br>Plaintiffs,<br><br>-against-<br><br>ABU DHABI INVESTMENT AUTHORITY, et al.,<br><br>Defendants. | 11 Civ. 04522 (RJH)<br><br>Case Removed From:<br><br>Supreme Court of the State of New York County of New York<br><br>Index No. 651517/2011 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant Oddo et Cie (as successor to Banque d'Orsay), and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

204896

1

VICTOR P. MUSKIN
SCHEICHET & DAVIS, P.C.
767 Third Avenue – 24th Floor
New York, NY 10017
Telephone: (212) 688-3200
E-mail: victor@scheichetdavis.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading or claim waives any defense or objection, including but not limited to lack of jurisdiction and/or improper process and/or service of process. Oddo et Cie. does not voluntarily submit to the jurisdiction of any court, and reserves all of its rights, defenses, arguments and/or claims in this respect.

Dated: New York, New York
September 21, 2011

**SCHEICHET & DAVIS, P.C.**
**Victor P. Muskin – VM 1824**

/s/  Victor P. Muskin

767 Third Avenue – 24th Floor
New York, NY 10017
(212) 688-3200

Attorneys for Oddo et Cie.
as successor to Banque d'Orsay

2

204896