UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/11

DEUTSCHE BANK TRUST COMPANY AMERICAS,)
in its capacity as successor indenture trustee for )
certain series of Senior Notes, et al., )
)
           Plaintiffs )
) Case No. 11 CIV 4522 (RJH)
           v. )
)
ABU DHABI INVESTMENT AUTHORITY, et al., )
)
           Defendants )

**ORDER APPOINTING INTERNATIONAL PROCESS SERVER**

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this __23__ day of __September__, 2011.

BY THE COURT:

_____
U.S.D.J.