UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
-------------------------------------
DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,

        Plaintiffs,

- against -

ABU DHABI INVESTMENT AUTHORITY, et al.,

        Defendants.
-------------------------------------

Case No. 1:11-cv-4522 (RJH)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I ELIZABETH C. PERKINS, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for STARK INVESTMENTS D/B/A DEEPHAVEN FUNDS in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of WISCONSIN and MASSACHUSETTS and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,
Date: September 23, 2011

QUARLES & BRADY LLP

*[signature]*

ELIZABETH C. PERKINS

411 East Wisconsin Avenue
Suite 2040
Milwaukee, WI 53202-4497
Phone: 414-277-5763
Elizabeth.Perkins@quarles.com

*Attorneys for Stark Investments d/b/a Deephaven Funds*

QB\890849.00026\14619541.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,

Plaintiffs,

- against -

ABU DHABI INVESTMENT AUTHORITY, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 1:11-cv-4522 (RJH)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of ELIZABETH C. PERKINS, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of WISCONSIN and MASSACHUSETTS; and that her contact information is as follows:

> Elizabeth C. Perkins
> QUARLES & BRADY LLP
> 411 E. Wisconsin Ave.
> Milwaukee, WI 53207
> 414-277-5763 (phone) 414-978-8704 (fax)
> Elizabeth.Perkins@quarles.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for STARK INVESTMENTS D/B/A DEEPHAVEN FUNDS in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

QB\890849.00026\14619541.1

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: _____

                                                                                                          _____
                                                                                                 Judge Richard J. Holwell
                                                                                                 United States District Judge



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

A. John Voelker
Acting Clerk

## CERTIFICATE OF GOOD STANDING

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

ELIZABETH C. PERKINS

*was admitted to practice as an attorney within this state on May 5, 2004 and is presently in good standing in this court.*

Dated: August 31, 2011

*Christopher J. Paulsen (signature)*
CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **January** A.D. **2001**, said Court being the highest Court of Record in said Commonwealth:

**Elizabeth C. Perkins**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixth** day of **September** in the year of our Lord **two thousand and eleven**.



**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116