UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for certain series of PHONES Notes, | Docket No. 11-cv-4522 (RJH) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| ABU DHABI INVESTMENT AUTHORITY, *et al*. | |
| Defendants. | |

------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this case on behalf of Defendants The Bank of New York Mellon (in its individual and custodial capacities)[1]; The Bank of New York Mellon as trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan f/k/a Mellon Bank, N.A. Employee Benefit Collective Investment Fund Plan; The Bank of New York Mellon as trustee of The Collective Trust Of The Bank of New York; The Bank of New York Mellon Corporation (incorrectly sued as "Bank of New York Mellon Corporation") and Oppenheimer & Co., Inc.

I certify that I am admitted to practice in this Court.

---

[1] Plaintiffs have also named "BNY Mellon, in its custodial capacity" as a defendant in this case.  There is no juridical entity with the name "BNY Mellon".  Accordingly, no appearance for that non-existent entity can be made.

Dated: September 27, 2011

    Respectfully Submitted,

    PROSKAUER ROSE LLP

    By: /s/ David S. Mordkoff
    David S. Mordkoff
    Eleven Times Square
    New York, New York  10036
    dmordkoff@proskauer.com
    (212) 969-3000
    Fax: (212) 969-2900
    *Counsel for Defendants The Bank of New York Mellon (in its individual and custodial capacities); The Bank of New York Mellon as trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan f/k/a Mellon Bank, N.A. Employee Benefit Collective Investment Fund Plan; The Bank of New York Mellon as trustee of The Collective Trust Of The Bank of New York; The Bank of New York Mellon Corporation and Oppenheimer & Co., Inc.*