UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for certain series of PHONES Notes, | Docket No. 11-cv-4522 (RJH) |
| Plaintiffs, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| ABU DHABI INVESTMENT AUTHORITY, *et al*. | |
| Defendants. | |

-------------------------------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OPPENHEIMER & CO., INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Oppenheimer & Co., Inc. states as follows:

Oppenheimer & Co., Inc. is a subsidiary of Oppenheimer Holdings Inc., which is a publicly-held company. No publicly-held corporation owns 10% or more of Oppenheimer Holdings Inc.'s stock.

Dated: September 27, 2011

                                        Respectfully Submitted,

                                        PROSKAUER ROSE LLP

                                        By: /s/ Stephen L. Ratner
                                        Stephen L. Ratner
                                        Eleven Times Square
                                        New York, New York  10036

(212) 969-3000  
Fax: (212) 969-2900  
sratner@proskauer.com  
*Counsel for Defendant Oppenheimer & Co., Inc.*