UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for certain series of PHONES Notes,<br><br>     Plaintiffs,<br><br> vs.<br><br>ABU DHABI INVESTMENT AUTHORITY, *et al.*<br><br>     Defendants. | Docket No. 11-cv-4522 (RJH)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

------------------------------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT OF
## THE BANK OF NEW YORK MELLON

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant The Bank of New York Mellon (in its individual and custodial capacities); The Bank of New York Mellon as trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan f/k/a Mellon Bank, N.A. Employee Benefit Collective Investment Fund Plan; and The Bank of New York Mellon as trustee of The Collective Trust Of The Bank of New York states as follows:

  The Bank of New York Mellon is a wholly-owned subsidiary of The Bank of New York Mellon Corporation, a publicly-traded corporation. No other publicly-held corporation owns 10% or more of The Bank of New York Mellon's stock.

Dated: September 27, 2011

Respectfully Submitted,

PROSKAUER ROSE LLP

By: /s/  Stephen L. Ratner
Stephen L. Ratner
Eleven Times Square
New York, New York  10036
(212) 969-3000
Fax: (212) 969-2900
sratner@proskauer.com
*Counsel for Defendants The Bank of New York Mellon (in its individual and custodial capacities); The Bank of New York Mellon as trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan f/k/a Mellon Bank, N.A. Employee Benefit Collective Investment Fund Plan; and The Bank of New York Mellon as trustee of The Collective Trust Of The Bank of New York*