UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for certain series of PHONES Notes, <br><br>                    Plaintiffs, <br><br>      vs. <br><br> ABU DHABI INVESTMENT AUTHORITY, *et al*. <br><br>                    Defendants. | Docket No. 11-cv-4522 (RJH) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

------------------------------------------------------------- X

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BANK OF NEW YORK MELLON CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Bank of New York Mellon Corporation (incorrectly sued as "Bank of New York Mellon Corporation") states as follows:

The Bank of New York Mellon Corporation is a publicly-held corporation and has no parent corporation. No publicly-held corporation owns 10% or more of its stock.

Dated: September 27, 2011

                                         Respectfully Submitted,

                                         PROSKAUER ROSE LLP

                                         By:  /s/  Stephen L. Ratner
                                         Stephen L. Ratner
                                         Eleven Times Square

New York, New York  10036
(212) 969-3000
Fax: (212) 969-2900
sratner@proskauer.com
*Counsel for Defendant The Bank of New York Mellon*