UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,

                  Plaintiffs,

            -against-

ABU DHABI INVESTMENT AUTHORITY, et al.,

                  Defendants.

-------------------------------------------------------------------------x

Index No.  1:11-cv-4522 (RJH)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I KEITH R. DUTILL, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for AIM COUNSELOR SERIES TRUST and AIM VARIABLE INSURANCE FUNDS in the above-captioned action.

       I am in good standing of the bar(s) of the state(s) of PENNSYLVANIA and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Date:     September 28, 2011

 

STRADLEY RONON STEVENS & YOUNG LLP

By:_/s/ Keith R. Dutill_____
       Keith R. Dutill
       Penn. State Bar No. 46387

Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355
Phone: (610) 640-5800
kdutill@stradley.com

*Attorneys for AIM Counselor Series Trust and AIM Variable Insurance Funds*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,

Index No.  1:11-cv-4522 (RJH)

        Plaintiffs,

        -against-

ABU DHABI INVESTMENT AUTHORITY, et al.,

        Defendants.
------------------------------------------------------------------------x

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of KEITH R. DUTILL, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of PENNSYLVANIA and that his contact information is as follows:

        Keith R. Dutill
        STRADLEY RONON STEVENS & YOUNG LLP
        Great Valley Corporate Center
        30 Valley Stream Parkway
        Malvern, PA 19355
        Phone: (610) 640-5800
        kdutill@stradley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for AIM COUNSELOR SERIES TRUST and AIM VARIABLE INSURANCE FUNDS in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac vice in the above case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at

http://nysd.uscourts.gov/ecf_registration.php.

Dated: _____

                                        _____
                                        Judge Richard J. Howell
                                        United States District Judge



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Keith R. Dutill, Esq.

DATE OF ADMISSION

*November 7, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
Dated:  September 20, 2011

Patricia A. Johnson
Chief Clerk

## SERVICE LIST

*Plaintiffs:*

**Jeffrey Carl Fourmaux**
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
(212)-833-1100
Fax: (212)-833-1250
Email: jfourmaux@fidaw.eom
*Attorney for Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, Wilmington Trust Company*

**Robert Joel Lack**
Friedman, Kaplan, Seiler & Adelman, LLP
7 Times Square
New York, NY 10036
(212) 833-1108
Fax: (212) 373-7908
Email: rlack@fidaw.com
*Attorney for Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, Wilmington Trust Company*

**Hal Neier**
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
(212) 833-1111
Fax: (212) 7911
Email: hneier@fk1aw.com
*Attorney for Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, Wilmington Trust Company*

*Defendants:*

**Daniel Matthew Boglioli**
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000
Fax: (212) 836-6695
Email: dboglioli@kayescholer.com
*Attorney for Merrill Lynch, Merrill Lynch Financial Markets, Equity Financing Group, Merrill Lynch, Pierce, Fenner * Smith, Inc., Me"ill Lynch, Pierce, Fenner & Smith, Inc. - Safekeeping, Merrill Lynch, Pierce, Fenner & Smith, Inc. - Securities*

**Daniel Lucas Cantor**
Q'Melveny & Myers LLP
7 Times Square
New York, NY 10036
(212) 326-2000
Fax: (212) 326-2061
Email: dcantor@omm.com
*Attorney for Banc of America Securities LLC, Bank of America, NA.*

**Alicia Llosa Chang**
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212)-450-4792
Fax: (212)-450-3792
Email: alicia.llosa@dpw.com
*Attorney for Bear Sterns & Co. Inc., Bear Sterns Equity Strategies RT LLC, Bear Sterns
Securities Corp., JP. Morgan Clearing Corp., JP. Morgan Securities LLCINYSE, JP. Morgan
Securities Inc., JP. Morgan Services, JP Morgan Chase Bank, NA.*

**Andrew Garry Gordon**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3553
Fax: (212) 373-2037
Email: agordon@paulweiss.com
*Attorney for Citibank, NA., Citigroup Global Markets, Inc., Citigroup Global Markets Ltd.*

**Jeffrey E. Gross**
Vandenberg & Feliu LLP
60 East 42nd Street, 51st Floor
New York, NY 10165
(212) 763-6839
Fax: (646) 599-9556
Email: jgross@vanfeliu.com
*Attorney for AIM Variable Insurance Funds, AIM Counselor Series Trust*

**Evan M. Jones**
Q'Melveny & Myers, LLP(LA)
400 South Hope Street
Los Angeles, CA 90071-2899
(212) 430-6000
*Attorney for Banc of America Securities LLC, Bank of America, NA.*

**Benjamin S. Kaminetzky**
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212) 450-4259
Fax: (212) 450-3259
Email: ben.kaminetzky@dpw.com
*Attorney for Bear Sterns & Co. Inc.; Bear Sterns Equity Strategies RT LLC, Bear Sterns*
*Securities Corp., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLCINYSE, J.P. Morgan*
*Securities Inc., J.P. Morgan Services, JPMorgan Chase Bank, NA*

**Karel Sue Karpe**
KarpelLaw
44 Wall Street, 12th Floor
New York, NY 100005
(212) 461-2250
Fax: (646) 304-7610
kkame@kyr,pelaw.com
*Attorney for Claudia F. Gasparini LR.A*

**Elizabeth Rose McColm**
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Fax: (212) 373-2152
Email: emccolm@paulweiss.com
*Attorney for Citibank, NA., Citigroup Global Markets, Inc., Citigroup Global Markets Ltd .*

**Elliot Moskowitz**
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212) 450-4241
Fax: (212) 450-3241
Email: elliot.moskowitz@dpw.com
*Attorney for Bear Sterns & Co. Inc., Bear Sterns Equity Strategies RT LLC, Bear Sterns*
*Securities Corp., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLCINYSE, J.P. Morgan*
*Securities Inc., J.P. Morgan Services, JP Morgan Chase Bank, N.A*

**Jeffrey Lance Nagel**
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 613-2061
Fax: (212) 554-9661

jnagel@gibbonslaw.com
*Attorney for Allianz Invest KAG-Siemens, Allian2iSanford*

**Jane W. Parver**
KA YE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000
Fax: (212) 836-1153
Email: MAOSDNY@KAYESCHOLER.COM
*Attorney for Merrill Lynch, Merrill Lynch Financial Markets, Equity Financing Group, Merrill Lynch, Pierce, Fenner * Smith, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc. - Safekeeping, Merrill Lynch, Pierce, Fenner & Smith, Inc. - Securities*

**Daniel J. Polatsek**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5596
Fax: (312) 511-8720
Email: Daniel.polatsek@kattenlaw.com
*Attorney for Perry Corp., Perry Partners L.P.*

**Brian J. Poronsky**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago., IL 60661
(312) 902-5611
Fax: (312) 902-1061
*Attorney for Perry Corp., Perry Partners L.P.*

**Madlyn Gleich Primoff**
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000
Fax: (212) 836-8689
Email: mprimofI@kayescholer.com
*Attorney for Merrill Lynch, Merrill Lynch Financial Markets, Equity Financing Group, Merrill Lynch, Pierce, Fenner * Smith, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc. - Safekeeping, Merrill Lynch, Pierce, Fenner & Smith, Inc. - Securities*

**William Michael Regan**
Katten Muchin Rosenman, LLP (NYC)
515 Madison Avenue
New York, NY 10022

(212) 940-8800
Fax: (212) 940-8776
Email: William.regan@kattenlaw.com
*Attorney for Perry Corp., Perry Partners, Perry Partners L.P.*

**Michael Joseph Russano**
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
(212)-450-4019
Fax: (212)-450-5536
Email: michael.russano@davispolk.com
*Attorney for Bear Sterns & Co. Inc., Bear Sterns Equity Strategies RTLLG, Bear Sterns Securities Corp., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLCINYSE, J.P. Morgan Securities Inc., J.P. Morgan Services, JP Morgan Chase Bank, NA*

**Eric Andrew Schaffer**
Reed Smith, LLP (Pittsburgh)
435 Sixth Avenue
Pittsburgh, P A 15219
(412)-288-4202
Fax: (412)-288-3063
Email: eschaffer@reedsmith.com
*Attorney for R K Mellon CTF #3*

**John P. Sieger**
Katten Muchin Rosenman LLP (Chicago)
525 West Momoe Street
Chicago, IL 60661
(312) 902-5200
Fax: (312)577-4499
Email: John.sieger@kattenlaw.com
*Attorney for Perry Corp.*

**Daniel Steven Shamah**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
(212) 326-2138
Fax: (212) 326-2061
Email: dshamah@omm.com
*Attorney for Banc of America Securities LLG, Bank of America, N.A.*

**Stephen J. Shimshak**
Paul. Weiss, Rifkind. Wharton & Garrison
1285 Avenue of Americas

New York, NY 10019
(212) 373-3000
Fax: (212) 492-0133
Email: sshimshak@paulweiss.com
*Attorney for Citibank, N.A., Citigroup Global Markets, Inc., Citigroup Global Markets Ltd.*

**Alan Joseph Stone**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
(212) 530-5285
Fax: (212) 822-5285
Email: astone@milbank,com
*Attorney for BHF Bank AktiengeselischaJt, BNP Paribas Securities Corp., BNY Mellon, Barclays Bank PLC, Barclays Capital Securities Limited, Barclays Capital Securities Limited, Barclays Capital Inc., Credit Suisse Securities (USA) LLe, DB BankAG Amsterdam, Deutsche BankAG, Deutsche Bank Securities, Inc., National Financial Services LLC, State Street LUX, TD Asset Management USA, Inc., UBS Financial Services Inc., UBS Securities LLC-Securities Lending*