UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> ABU DHABI INVESTMENT AUTHORITY et al., <br><br> Defendants. | Case No. 1:11-CV-4522 (RJH) <br><br> **NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for defendant Deephaven Capital Management LLC in the above-captioned proceeding and requests that all subsequent papers be served upon it at the address below.

Dated: October 4, 2011
New York, New York

By: */s/ Matthew Solum*
Jay P. Lefkowitz
Matthew Solum
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
matthew.solum@kirkland.com