UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY
AMERICAS, *et. al.,*

      Plaintiffs,

v.

ABU DHABI INVESTMENT AUTHORITY, *et. al.,*

      Defendants.
-----------------------------------------------------------------X

No. 11-Civ. 04522 (RJH)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Pepper Hamilton LLP, 620 Eighth Avenue, 37th Floor, New York, New York 10018, hereby appears, by its undersigned counsel, as Counsel for Defendant USAA Federal Savings Bank as of this date and requests that all papers in this action be electronically served upon the undersigned at the address listed below.

#15028932 v1

| | |
|---|---|
| Dated:  October 12, 2011 | Respectfully submitted, |

| | |
|---|---|
| *Of counsel:* | */s/ Kenneth J. King* |
| | Kenneth J. King (KK 3567) |
| Theodore Schultz | Adam B. Michaels (AM 9120) |
| LINDOW STEPHENS TREAT, LLP | PEPPER HAMILTON, LLP |
| 600 Navarro, Suite 600 | 620 Eighth Avenue |
| San Antonio, Texas 78216 | 37th Floor |
| Tel: (210) 227-2200 | New York, NY 10018-1405 |
| Fax: (212) 227-4602 | Tel:  (212) 808-2700 |
| tschultz@lstlaw.com | Fax:  (212) 286-9806 |
| | kingk@pepperlaw.com |
| | michaelsa@pepperlaw.com |
| Albert H. Manwaring, IV | |
| James H. S. Levine | |
| PEPPER HAMILTON LLP | David Treat (DT 1113) |
| Hercules Plaza, Suite 5100 | LINDOW STEPHENS TREAT, LLP |
| P.O. Box 1709 | 600 Navarro, Suite 600 |
| Wilmington, Delaware 19899-1709 | San Antonio, Texas 78216 |
| Tel: (302) 777-6500 | Tel: (210) 227-2200 |
| Fax: (302) 421-8390 | Fax: (212) 227-4602 |
| manwaringa@pepperlaw.com | dlt@lstlaw.com |
| levinejh@pepperlaw.com | |
| | *Attorneys for Defendant USAA Federal Savings Bank* |

#15028932 v1

-3-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY          :
AMERICAS, *et. al.,*                                          :
                                                                       :
       **Plaintiffs,**                                :
                                                                       :    **No. 11-Civ. 04522 (RJH)**
v.                                                                  :
                                                                       :    <u>**CERTIFICATE OF SERVICE**</u>
ABU DHABI INVESTMENT AUTHORITY, *et. al.,* :
                                                                       :
      **Defendants.**                               :
                                                                       :
-----------------------------------------------------------------X

     I hereby certify that on October 12, 2011 the foregoing Notice of Appearance was served via the Court's ECF system upon plaintiffs.

                                                   /s/ Adam B. Michaels
                                                   Adam B. Michaels

#15028932 v1