**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY** | : |
| **AMERICAS**, *et. al.,* | : |
| | : |
| **Plaintiffs,** | : |
| | : **No. 11-Civ. 04522 (RJH)** |
| **v.** | : |
| | : **RULE 7.1 DISCLOSURE** |
| **ABU DHABI INVESTMENT AUTHORITY**, *et. al.,* | : |
| | : |
| **Defendants.** | : |
| | : |

-------------------------------------------------------------------X

## <u>CORPORATE DISCLOSURE STATEMENT OF</u><br><u>USAA FEDERAL SAVINGS BANK</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant USAA Federal Savings Bank states as follows:

USAA FSB is a wholly-owned subsidiary of USAA Capital Corporation, which in turn is

a wholly-owned subsidiary of United Services Automobile Association.  No publicly held

corporation owns 10% or more of the stock of any of these entities.

Dated:  October 12, 2011                    Respectfully submitted,


*Of counsel:*                               /s/ Kenneth J. King
                                            Kenneth J. King (KK 3567)
Theodore Schultz                            Adam B. Michaels (AM 9120)
LINDOW STEPHENS TREAT, LLP                  PEPPER HAMILTON, LLP
600 Navarro, Suite 600                      620 Eighth Avenue
San Antonio, Texas 78216                    37th Floor
Tel: (210) 227-2200                         New York, NY 10018-1405
Fax: (212) 227-4602                         Tel:  (212) 808-2700
tschultz@lstlaw.com                         Fax:  (212) 286-9806
                                            kingk@pepperlaw.com
                                            michaelsa@pepperlaw.com
Albert H. Manwaring, IV
James H. S. Levine                                - and -
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100                  David Treat (DT 1113)
P.O. Box 1709                               LINDOW STEPHENS TREAT, LLP
Wilmington, Delaware 19899-1709             600 Navarro, Suite 600
Tel: (302) 777-6500                         San Antonio, Texas 78216
Fax: (302) 421-8390                         Tel: (210) 227-2200
manwaringa@pepperlaw.com                    Fax: (212) 227-4602
levinejh@pepperlaw.com                      dlt@lstlaw.com

                                            *Attorneys for Defendant USAA Federal*
                                            *Savings Bank*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY** | : |
| **AMERICAS,** *et. al.,* | : |
| | : |
| **Plaintiffs,** | : |
| | :   **No. 11-Civ. 04522 (RJH)** |
| **v.** | : |
| | :   <u>**CERTIFICATE OF SERVICE**</u> |
| **ABU DHABI INVESTMENT AUTHORITY,** *et. al.,* | : |
| | : |
| **Defendants.** | : |
| | : |

-----------------------------------------------------------------X

     I hereby certify that on October 12, 2011 the foregoing Rule 7.1 Disclosure Statement was served via the Court's ECF system upon plaintiffs.


                        /s/ Adam B. Michaels
                        Adam B. Michaels

#15028910 v1