UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEUTSCHE BANK TRUST COMPANY,
AMERICAS, *et al.*,

                 Plaintiffs,

vs.

ABU DHABI INVESTMENT AUTHORITY., *et al.*,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 11-cv-04522-RJH

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that, Bingham McCutchen LLP hereby appears as counsel for Defendant The Hartford Financial Services Group, Inc., incorrectly named as "The Hartford Financial Services Group, Inc. d/b/a The Hartford," in the above-captioned case.

      PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

            BINGHAM McCUTCHEN LLP
            Mark M. Elliott
            399 Park Ave.
            New York, New York 10022

A/74532885.1

Dated: New York, New York
October 12, 2011

                                        **BINGHAM McCUTCHEN LLP**

/s/ Mark M. Elliott
Mark M. Elliott
399 Park Avenue
New York, NY 10022-4689
Phone: (212) 705-7000
Email: mark.elliott@bingham.com

*Attorneys for Defendant The Hartford Financial Services Group, Inc., incorrectly named as "The Hartford Financial Services Group, Inc. d/b/a The Hartford"*