UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
DEUTSCHE BANK TRUST COMPANY, : Case No. 11-cv-04522-RJH
AMERICAS, *et al.*, :
:
Plaintiffs, :
:
vs. :
:
ABU DHABI INVESTMENT AUTHORITY., *et* :
*al.*, :
:
Defendants. :
:
---------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Civ. R. 7.1.1, Defendant The Hartford Financial Services Group, Inc., incorrectly named as "The Hartford Financial Services Group, Inc. d/b/a The Hartford" hereby makes the following disclosures:

The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

A/74532954.1

Dated: New York, New York
       October 12, 2011

                                            Respectfully submitted,

                                            **BINGHAM McCUTCHEN LLP**

                                            /s/ Mark M. Elliott
                                            Mark M. Elliott
                                            399 Park Avenue
                                            New York, NY 10022-4689
                                            Phone: (212) 705-7000
                                            Email: mark.elliott@bingham.com

                                            *Attorneys for Defendant The Hartford Financial Services Group, Inc., incorrectly named as "The Hartford Financial Services Group, Inc. d/b/a The Hartford"*