UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEUTSCHE BANK TRUST COMPANY           :
AMERICAS, in its capacity as successor :
indenture trustee for certain series of Senior :
Notes, et al.,                        :
                                      :
           Plaintiffs,         :   Case No. 11 Civ 4522 (RJH)
                                      :
      - against -                    :   CERTIFICATE OF SERVICE
                                      :
ABU DHABI INVESTMENT AUTHORITY,       :
et al.,                               :
                                      :
           Defendants.         :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, Mathew S. Miller, an attorney admitted to practice in this Court, hereby certify that on September 23, 2011, I caused to be served the (1) Civil Cover Sheet, (2) Notice of Removal of the above action to the District Court for the Southern District of New York, (3) Judge Richard J. Holwell's Individual Practices, (4) Electronic Case Filing Rules & Instructions, (5) Rule 7.1 Disclosure of J.P. Morgan Securities LLC, J.P. Morgan Clearing Corp., and JPMorgan Chase Bank, N.A., (6) Rule 7.1 Disclosure of Bear Stearns & Co. Inc. n/k/a J.P. Morgan Securities LLC, Bear Stearns Equity Strategies RT LLC, Bear Stearns Securities Corp. n/k/a J.P. Morgan Clearing Corp., J.P. Morgan Securities LLC, and J.P. Morgan Services Inc., (7) Notice of Appearance for Benjamin S. Kaminetzky, (8) Notice of Appearance for Elliot Moskowitz, (9) Notice of Appearance for Alicia Llosa Chang, and (10) Notice of Appearance for Michael J. Russano, all of which previously were served on all counsel of record who have appeared and consented to electronic service in this action by electronic filing with the Clerk of the Court using

1

the CM/ECF System and previously were mailed to Deephaven Capital Management LLC, 130 Cheshire Lane, Suite 102, Minnetonka, MN 55305, via first class mail on Deephaven Capital Management, c/o Michael H. Schaalman, Esq., Quarles & Brady LLP, 411 East Wisconsin Avenue, Suite 2040, Milwaukee, WI 53202-4497.

Dated:   New York, New York
        October 13, 2011

        By:   /s/ Mathew S. Miller
                Mathew S. Miller

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
(212) 450-4000
mathew.miller@davispolk.com