UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, in :
its capacity as successor indenture trustee for certain series :
of Senior Notes, LAW DEBTENTURE TRUST :
COMPANY OF NEW YORK, in its capacity as successor :
Indenture trustee for certain series of Senior Notes, and : No. 11 Civ. 04522 (RJH)
WILMINGTON TRUST COMPANY, in its capacity as :
successor indenture trustee for the PHONES Notes, :
:
Plaintiffs, :
:
vs. : **NOTICE OF**
: **APPEARANCE**
ABU DHABI INVESTMENT AUTHORITY, *et al.*, :
:
Defendants. :
------------------------------------------------------------------X

PLEASE TAKE NOTICE that Christopher R. Belmonte of Satterlee Stephens Burke & Burke LLP, an attorney admitted to practice before this Court, hereby enters his appearance in the above-captioned action on behalf of Defendants, International Business Machines Corporation and IBM Personal Pension Plan Trust, and requests that all notices and all papers served or required to be served in this action be served upon him at the address indicated below.

Dated: New York, New York
       October 12, 2011

                                    SATTERLEE STEPHENS BURKE
                                            & BURKE LLP

                                    By:   /s/ Christopher R. Belmonte
                                             Christopher R. Belmonte
                                    230 Park Avenue
                                    New York, New York 10169
                                    Tel.: (212) 818-9200
                                    Fax: (212) 818-9606

                                    *Attorneys for International Business Machines*
                                    *Corporation and IBM Personal Pension Plan Trust*

1263579_1