UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, in :
its capacity as successor indenture trustee for certain series :
of Senior Notes, LAW DEBTENTURE TRUST :
COMPANY OF NEW YORK, in its capacity as successor :
Indenture trustee for certain series of Senior Notes, and : No. 11 Civ. 04522 (RJH)
WILMINGTON TRUST COMPANY, in its capacity as :
successor indenture trustee for the PHONES Notes, :
                                                              :
                        Plaintiffs, :
                                                              :
        vs. :
                                                              :
ABU DHABI INVESTMENT AUTHORITY, *et al.*, :
                                                              :
                        Defendants. :
------------------------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**INTERNATIONAL BUSINESS MACHINES CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, International Business Machines Corporation ("IBM"), hereby states that there is no parent corporation nor any publicly held corporation that owns 10% or more of the stock of IBM.

Dated: New York, New York
       October 12, 2011

                                SATTERLEE STEPHENS BURKE
                                     & BURKE LLP

                                By:  /s/ Christopher R. Belmonte
                                     Christopher R. Belmonte
                                230 Park Avenue
                                New York, New York 10169
                                Tel.: (212) 818-9200
                                Fax: (212) 818-9606

                                *Attorneys for International Business Machines*
                                *Corporation and IBM Personal Pension Plan Trust*

1263598_1