UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, in
its capacity as successor indenture trustee for certain series
of Senior Notes, LAW DEBTENTURE TRUST
COMPANY OF NEW YORK, in its capacity as successor
Indenture trustee for certain series of Senior Notes, and         : No. 11 Civ. 04522 (RJH)
WILMINGTON TRUST COMPANY, in its capacity as
successor indenture trustee for the PHONES Notes,

                           Plaintiffs,

    vs.

ABU DHABI INVESTMENT AUTHORITY, *et al.*,

                           Defendants.
------------------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
IBM PERSONAL PENSION PLAN TRUST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, IBM Personal Pension Plan Trust, hereby states that there is no parent corporation nor any publicly held corporation that owns 10% or more of the stock of IBM Personal Pension Plan Trust.

Dated: New York, New York
        October 12, 2011

                                       SATTERLEE STEPHENS BURKE
                                            & BURKE LLP

                                         By: /s/ Christopher R. Belmonte
                                              Christopher R. Belmonte
                                       230 Park Avenue
                                       New York, New York 10169
                                       Tel.: (212) 818-9200
                                       Fax: (212) 818-9606

                                       *Attorneys for International Business Machines*
                                       *Corporation and IBM Personal Pension Plan Trust*

1263604_1