UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,

Plaintiffs,

- against -

ABU DHABI INVESTMENT AUTHORITY, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 1:11-cv-4522 (RJH)

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for the defendants Deephaven Growth Opportunities Trading Ltd. and Deephaven Event Trading Ltd., incorrectly named in the Amended Complaint as Stark Investments *d/b/a Deephaven Funds* in the above-captioned action and requests that all future notices and papers in this action be served upon the undersigned at the address listed below.

      This Notice of Appearance is entered pursuant to the Court's Order to Stay [Dkt. 98].

1

2

| | |
|---|---|
| Dated October 13, 2011 | QUARLES & BRADY LLP |
| | /S/ ERIC J. VAN SCHYNDLE_____ |
| | MICHAEL H. SCHAALMAN<br>Admitted *Pro Hac Vice*<br>ELIZABETH C. PERKINS<br>*Pro Hac Vice Motion Pending*<br>ERIC J. VAN SCHYNDLE<br>Admitted *Pro Hac Vice* |
| | 411 East Wisconsin Avenue<br>Suite 2040<br>Milwaukee, WI  53202-4497<br>Phone:  414-277-5743<br>Michael.Schaalman@quarles.com<br>Elizabeth.Perkins@quarles.com<br>Eric.VanSchyndle@quarles.com |
| | *Attorneys for Defendant*<br>*Stark Investments d/b/a Deephaven Funds* |

QB\890849.00026\14558877.1