UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,

Plaintiffs,

- against -

ABU DHABI INVESTMENT AUTHORITY, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 1:11-cv-4522 (RJH)

RULE 7.1 DISCLOSURE OF STARK INVESTMENTS D/B/A DEEPHAVEN FUNDS

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant is misnamed Stark Investments *d/b/a Deephaven Funds*, and should be named as defendants Deephaven Growth Opportunities Trading Ltd. ("DGOT") and Deephaven Event Trading Ltd. ("DET ").

1. DGOT's indirect parent entities are Deephaven Global Multi-Strategy Fund LLC and Deephaven Global Multi-Strategy Fund Ltd. (together, "DGMS"). DET's parent entities are Deephaven Event Fund LLC and Deephaven Event Fund Ltd. (together, "DEF").  DGMS and DET are private investment funds.

1

2

| | |
|---|---|
| Dated October 13, 2011 | QUARLES & BRADY LLP |
| | /S/ ERIC J. VAN SCHYNDLE_____ |
| | MICHAEL H. SCHAALMAN<br>Admitted *Pro Hac Vice*<br>ELIZABETH C. PERKINS<br>*Pro Hac Vice Motion Pending*<br>ERIC J. VAN SCHYNDLE<br>Admitted *Pro Hac Vice* |
| | 411 East Wisconsin Avenue<br>Suite 2040<br>Milwaukee, WI  53202-4497<br>Phone:  414-277-5743<br>Michael.Schaalman@quarles.com<br>Elizabeth.Perkins@quarles.com<br>Eric.VanSchyndle@quarles.com |
| | *Attorneys for Defendant*<br>*Stark Investments d/b/a Deephaven Funds* |

2

QB\890849.00026\14680101.3