UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture Trustee for certain series of Senior Notes, *et al.*,

                                                                Plaintiffs,

-against-

ABU DHABI INVESTMENT AUTHORITY, *et al.*,
                                                               Defendants.

------------------------------------------------------------------------ x

Docket No. 11-cv-4522

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that I, Olga Minkina, Assistant Corporation Counsel in the offices of MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby appear for Defendants Board of Education Retirement System of the City of New York, New York City Employees Retirement System, New York City Fire Pension Fund, New York City Police Officers' Variable Supplement Fund, New York City Police Pension Fund (the "NYC Defendants"), and request that copies of all papers in this action be served upon me at the address stated below.

      I certify that I am admitted to practice in this court.

Dated: New York, New York
       October 14, 2011

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel of
                                                     the City of New York
                                                  Attorney for the NYC Defendants
                                      By:     s/     Olga Minkina
                                                  Olga Minkina
                                                  Assistant Corporation Counsel
                                                  100 Church Street
                                                  New York, NY 10007
                                                  Tel: 212-788-1689
                                                  ominkina@law.nyc.gov