UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DEUTSCHE BANK TRUST COMPANY : 
AMERICAS, in its capacity as successor :
indenture trustee for certain series of Senior :
Notes, et al. :
                                          :

                  Plaintiffs, :    Case No. 11-cv-4522 (RJH)
                                       :    ECF Case

        - against - :    **NOTICE OF APPEARANCE**
                                       :

ABU DHABI INVESTMENT AUTHORITY :
et al. :
                                         :

                 Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## <u>NOTICE OF APPEARANCE</u>

       PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record

for Defendant Time Warner Inc. Master Pension Trust in the above-captioned matter.

Dated:  New York, New York
       October 17, 2011

                              Respectfully submitted,

                              PAUL, WEISS, RIFKIND, WHARTON &
                              GARRISON LLP

                              By:  */s/ Andrew G. Gordon*
                                  Andrew G. Gordon

                              1285 Avenue of the Americas
                              New York, NY 10019-6064
                              Telephone: (212) 373-3000
                              Facsimile: (212) 757-3990
                              E-mail: AGordon@paulweiss.com

                              *Attorneys for Defendant Time Warner Inc.*
                              *Master Pension Trust*