UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DEUTSCHE BANK TRUST COMPANY            :
AMERICAS, in its capacity as successor        :
indenture trustee for certain series of Senior   :
Notes, et al.                                              :
                                                              :
                            Plaintiffs,              :        Case No. 11-cv-4522 (RJH)
                                                              :        ECF Case
                                                              :
                    - against -                      :        **NOTICE OF APPEARANCE**
                                                              :
ABU DHABI INVESTMENT AUTHORITY    :
et al.                                                       :
                                                              :
                            Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>**NOTICE OF APPEARANCE**</u>

        PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record

for Defendant Time Warner Inc. Master Pension Trust in the above-captioned matter.

Dated:  New York, New York
            October 17, 2011

                                        Respectfully submitted,

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By:  _/s/ Kira A. Davis_____
                                                Kira A. Davis

                                        1285 Avenue of the Americas
                                        New York, NY 10019-6064
                                        Telephone: (212) 373-3000
                                        Facsimile: (212) 757-3990
                                        E-mail: KDavis@paulweiss.com

                                        *Attorneys for Defendant Time Warner Inc.*
                                        *Master Pension Trust*