UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DEUTSCHE BANK TRUST COMPANY     :
AMERICAS, in its capacity as successor     :
indenture trustee for certain series of Senior    :
Notes, et al.     :  Case No. 11-cv-4522 (RJH)
     :  ECF Case
     Plaintiffs,     :
     :  **RULE 7.1 DISCLOSURE**
     - against -     :  **STATEMENT ON BEHALF**
     :  **OF TIME WARNER INC.**
ABU DHABI INVESTMENT AUTHORITY   :  **MASTER PENSION TRUST**
et al.     :
     :
     Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Time Warner Inc. Master Pension Trust states as follows:

Defendant Time Warner Inc. Master Pension Trust is indirectly associated with Time Warner Inc., a publicly-held corporation.  Time Warner Inc. Master Pension Trust has no corporate parent.

Dated:  October 17, 2011
     New York, New York

     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

     _____*/s/ Andrew G. Gordon*_____
     Andrew G. Gordon (agordon@paulweiss.com)
     Kira A. Davis (kdavis@paulweiss.com)
     1285 Avenue of the Americas
     New York, NY 10019-6064
     (212) 373-3000

     *Counsel for Defendant Time Warner Inc. Master Pension Trust*