UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK. in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>                          Plaintiffs,<br><br>   -against-<br><br>ABU DHABI INVESTMENT AUTHORITY, et al.,<br><br>                          Defendants. | Civil Action No. 11 Civ. 4522 (RJH)<br><br>**NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters her appearance as attorney of record for defendant General Electric Company in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

Dated: October 17, 2011                    **COVINGTON & BURLING LLP**

                                           By:  */s/ Dianne F. Coffino*
                                                Dianne F. Coffino

                                           The New York Times Building
                                           620 Eighth Avenue
                                           New York, NY 10018
                                           Telephone: 212-841-1000
                                           Email: dcoffino@cov. com

                                           *Counsel for General Electric Company*