UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK. in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>       Plaintiffs,<br><br> -against-<br><br>ABU DHABI INVESTMENT AUTHORITY, et al.,<br><br>       Defendants. | Civil Action No. 11 Civ. 04522 (RJH) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CORPORATE DISCLOSURE STATEMENT UNDER RULE 7.1
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant General Electric Company, through its undersigned counsel, hereby states that it is a publicly traded corporation that has no parent corporation.

Dated:  October 17, 2011

             COVINGTON & BURLING LLP

             By: */s/ Dianne F. Coffino*
               Dianne F. Coffino

             The New York Times Building
             620 Eighth Avenue
             New York, NY 10018
             Telephone: 212-841-1000
             Email: dcoffino@cov. com

             *Counsel for General Electric Company*