```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Deutsche Bank Trust Company
Americas, *et al.*

              Plaintiffs

    v.

Abu Dhabi Investment Authority, *et al.*

              Defendants
-------------------------------------------------------

No. 11 Civ. 4522 (RJH)

ORDER

The court has considered plaintiffs' motion [90] to extend the time for service of the summons and first amended complaint. As plaintiffs have shown good cause, and as plaintiffs' motion was unopposed within the period set forth in Local Civil Rule 6.1(b)(2), it is hereby ordered that:

1) The time for service of the summons and amended complaint is extended by six months;

2) Federal Rule of Civil Procedure (FRCP) 4(m) shall be satisfied in the present action by service of the First Amended Complaint (as it may be amended from time to time) on or before April 27, 2012; and

3) The period to amend a pleading under FRCP 15(c)(1)(C) is likewise extended by six months.

                                                SO ORDERED

                                                Richard J. Holwell
                                                United States District Judge

Dated: October 17, 2011
       New York, New York