UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY
AMERICAS, in its capacity as successor
indenture trustee for certain series of Senior
Notes, LAW DEBENTURE TRUST COMPANY
OF NEW YORK, in its capacity as successor
indenture trustee for certain series of Senior
Notes, and WILMINGTON TRUST
COMPANY, in its capacity as successor
indenture trustee for the PHONES Notes,

      Plaintiffs,      No. 11 Civ. 4522 (RJH)

  vs.

ABU DHABI INVESTMENT AUTHORITY,
*et al.*,

      Defendants.

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

**Government of Alberta** ■
Justice

Office of the Sheriff - Civil Enforcement
2nd Floor, 108th Street Building
9942 - 108 Street
Edmonton, Alberta  T5K 2J5
Canada
Telephone 780-422-2481
Fax 780-422-3011
sheriff-civil.enforcement@gov.ab.ca

September 29, 2011

Kareena J. Shreefer, Esq.
Legal Language Services
8014 State Line Road, Suite 110
Leawood, KS  66208-3712
U.S.A.

Dear Kareena:

**SERVICE ON THE WORKERS' COMPENSATION BOARD - ALBERTA**

Enclosed are the original documents requested to be served for the above noted. Service was successful, as evidenced by the completed Certificate.

Yours truly,

Darlene Query

Darlene Query, Secretary
Civil Enforcement

Enclosures

:daq



il Action No.: 11 Civ. 4522 (RJH)

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina J. Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE PROVINCE OF ALBERTA<br>Department of Justice<br>Office of the Sheriff-Civil Enforcement<br>2nd Floor, 108th Street Building<br>9942 – 108 street<br>Edmonton, Alberta, T5K 2J5<br>CANADA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
  *(identité et adresse)*   THE WORKERS COMPENSATION BOARD - ALBERTA
  9912-107 Street, Edmonton, Alberta T5K 1G5
  CANADA

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
  ~~*(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal (in-hand) service by a judicial officer in accordance with your internal law for service of documents upon persons or entities in your territory.
  Bank draft for services of Canadian Sheriff attached.

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
  ~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec
l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY;</u> OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

| |
|---|
| Executed "Request," in duplicate |
| "Certificate" (unexecuted), in duplicate |
| "Summary," in duplicate |
| "Notice," in duplicate |
| Summons in a Civil Action, with Attachments, in duplicate |
| First Amended Complaint with Exhibits A-C, in duplicate |
| Electronic Case Filing Rules & Instructions, in duplicate |
| Individual Practices of Judge Richard J. Holwell, in duplicate |

Done at  Leawood, Kansas, U.S.A. , the  13 Sept. 2011
*Fait à _____, le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

*[signature]*

*Delete if inappropriate
*Rayer les mentions inutiles.*

1

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* __29th of September, 2011__
- at (place, street, number)
- *à (localité, rue numéro)* __Worker's Compensation 9925-107 Street (Legal Department) Edmonton, Alberta, Canada__
- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante :* _____

☒ (c) by delivery to the addressee, who accepted it voluntarily. *
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* __Sharon Timm__

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* __Legal Secretary in the Worker's Compensation Board's Legal Department__

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'execution:*

_____
_____

Done at __Edmonton, Alberta, Canada__, the __29th of September, 2011__
*Fait à* _____, *le* _____

Signature and / or stamp.
*Signature et / ou cachet.*

__[signature]__  DWAYNE C. WEATHERALL

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

Civil Action No.: 11 Civ. 4522 (RJH)

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties*:**
*Identité des parties :* DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY in its capacity as successor indenture trustee for the PHONES Notes, *Plaintiffs*
ABU DHABI INVESTMENT AUTHORITY; ALLIANCEBERNSTEIN L.P. in its individual and custodial capacities, et al., *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :* Within sixty (60) days after service of the summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Friedman Kaplan Seiler & Adelman LLP) an answer to the attached First Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its answer or motion with the United States District Court, Southern District of New York, located at: 500 Pearl Street, New York, New York 10007, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment**:**
*Date de la décision :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:* Within sixty (60) days after service of the summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Friedman Kaplan Seiler & Adelman LLP) an answer to the attached First Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the First Amended Complaint. Defendant also must file its answer or motion with the Court.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* N/A

---

* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
  *Rayer les mentions inutiles.*

*U.S. Government Printing Office: 1990-262-211/15302

3