UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>ABU DHABI INVESTMENT AUTHORITY, et al.,<br><br>    Defendants. | Case No. 1:11-cv-04522<br><br>Hon. Richard J. Holwell |

**RULE 7.1 DISCLOSURE OF CORPORATE INTEREST**

   Defendant, Metropolitan Life Insurance Company, by its attorneys, K&L Gates LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it is a directly or indirectly wholly-owned subsidiary of MetLife, Inc.  Metropolitan Life Insurance Company further states that to the best of its knowledge, no publicly-held corporation owns 10% or more of the stock of MetLife, Inc.

Dated: October 28, 2011

                Respectfully submitted,

                K&L Gates LLP

                /s/ Richard S. Miller
                Richard S. Miller, Esq.
                599 Lexington Avenue
                New York, New York 10022
                (212) 536-3900
                Richard.Miller@klgates.com

                *Attorneys for Defendant Metropolitan Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically for availability for viewing and downloading from the ECF system.

/s/ Richard S. Miller
Richard S. Miller