# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ABU DHABI INVESTMENT AUTHORITY, et al., <br><br> Defendants. | Case No. 1:11-cv-04522 <br><br> Hon. Richard J. Holwell |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Richard S. Miller, a member of this Court in good standing, respectfully enters his appearance as attorney of record for Metropolitan Life Insurance Company.  Metropolitan Life Insurance Company expressly reserves all rights, objections and defenses of any kind, including but not limited to rights, objections and defenses based on jurisdictional or service of process grounds.

Dated: October 28, 2011

Respectfully submitted,

K&L Gates LLP

/s/ Richard S. Miller
Richard S. Miller, Esq.
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
Richard.Miller@klgates.com

*Attorneys for Defendant Metropolitan Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically for availability for viewing and downloading from the ECF system.

/s/ Richard S. Miller
Richard S. Miller