UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, in
its capacity as successor indenture trustee for certain series
of Senior Notes, LAW DEBTENTURE TRUST
COMPANY OF NEW YORK, in its capacity as successor
Indenture trustee for certain series of Senior Notes, and
WILMINGTON TRUST COMPANY, in its capacity as
successor indenture trustee for the PHONES Notes,

          Plaintiffs,

 vs.

ABU DHABI INVESTMENT AUTHORITY, *et al.*,

          Defendants.
---------------------------------------------------------------------X

No. 11 Civ. 04522 (RJH)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Christopher R. Belmonte of Satterlee Stephens Burke & Burke LLP, an attorney admitted to practice before this Court, hereby enters his appearance in the above-captioned action on behalf of Defendant, Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US, and requests that all notices and all papers served or required to be served in this action be served upon him at the address indicated below.

Dated: New York, New York
    October 27, 2011

              SATTERLEE STEPHENS BURKE
                 & BURKE LLP

              By:_____/s/_____
                Christopher R. Belmonte
              230 Park Avenue
              New York, New York 10169
              Tel.: (212) 818-9200
              Fax: (212) 818-9606

              *Attorneys for Defendant, Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherland MSCI US*

1276366_1