UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, in :
its capacity as successor indenture trustee for certain series :
of Senior Notes, LAW DEBTENTURE TRUST :
COMPANY OF NEW YORK, in its capacity as successor :
Indenture trustee for certain series of Senior Notes, and :     No. 11 Civ. 04522 (RJH)
WILMINGTON TRUST COMPANY, in its capacity as :
successor indenture trustee for the PHONES Notes, :
                                    Plaintiffs, :
:
vs. :
:
ABU DHABI INVESTMENT AUTHORITY, *et al.*, :
:
                                   Defendants. :
---------------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, STICHTING PENSIOENFONDS IBM NEDERLAND, SUED HEREIN AS IBM NETHERLANDS MSCI US

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US ("SPIN"), hereby states that there is no parent corporation nor any publicly held corporation that owns 10% or more of the stock of SPIN.

Dated: New York, New York
       October 27, 2011

                                                  SATTERLEE STEPHENS BURKE
                                                            & BURKE LLP

                                                           By: _____/s/_____
                                                                 Christopher R. Belmonte
                                                           230 Park Avenue
                                                           New York, New York 10169
                                                          Tel.: (212) 818-9200
                                                          Fax: (212) 818-9606

                                                          *Attorneys for Defendant, Stichting Pensioenfonds*
                                                          *IBM Nederland, sued herein as IBM Netherland*
                                                          *MSCI US*

1276371_1