USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/27/13

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

IN RE TRIBUNE COMPANY                                11 **MD** 2296 (RJS)
FRAUDULENT CONVEYANCE LITIGATION       12 **MC** 2296 (RJS)

-----------------------------------------------------------------X                 **JUDGMENT**

Whereas before the Court is Defendants' consolidated motion to dismiss the Individual

Creditor actions pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the

Honorable Richard J. Sullivan, United States District Judge, and the Court, on September 23, 2013,

having rendered its Memorandum and Order concluding that Section 546(e) does not preempt the

Individual Creditors' SLCFC claims, but that Section 362(a)(1) nonetheless deprives the Individual

Creditors of standing to avoid the same transactions that the Committee is simultaneously suing to

avoid, and therefore, granting Defendants' motion to dismiss, directing the Clerk of the Court to

close the cases listed in Exhibit A of this Memorandum and Order, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated September 23, 2013, the Court concludes that Section 546(e)

does not preempt the Individual Creditors' SLCFC claims, but that Section 362(a)(1) nonetheless

deprives the Individual Creditors of standing to avoid the same transactions that the Committee is

simultaneously suing to avoid; Defendants' motion to dismiss is therefore granted; accordingly, the

cases listed in Exhibit A of the Memorandum and Order dated September 23, 2013 and this

judgment are closed.

**Dated:**  New York, New York
        September 27, 2013

                                        **RUBY J. KRAJICK**

                                        _____
                                        **Clerk of Court**

                    **BY:**
                                        _____
                                        **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**

Exhibit A

| | |
|---|---|
| 1:11-cv-04522-RJS | 1:11-cv-09600-RJS |
| 1:11-cv-04538-RJS | 1:12-cv-00061-RJS |
| 1:11-cv-04784-RJS | 1:12-cv-00062-RJS |
| 1:11-cv-04900-RJS | 1:12-cv-00063-RJS |
| 1:11-cv-05136-RJS | 1:12-cv-00064-RJS |
| 1:11-cv-09319-RJS | 1:12-cv-00065-RJS |
| 1:11-cv-09406-RJS | 1:12-cv-00549-RJS |
| 1:11-cv-09407-RJS | 1:12-cv-00550-RJS |
| 1:11-cv-09408-RJS | 1:12-cv-00551-RJS |
| 1:11-cv-09409-RJS | 1:12-cv-00552-RJS |
| 1:11-cv-09410-RJS | 1:12-cv-00554-RJS |
| 1:11-cv-09510-RJS | 1:12-cv-00555-RJS |
| 1:11-cv-09511-RJS | 1:12-cv-04539-RJS |
| 1:11-cv-09512-RJS | |
| 1:11-cv-09514-RJS | |
| 1:11-cv-09515-RJS | |
| 1:11-cv-09568-RJS | |
| 1:11-cv-09569-RJS | |
| 1:11-cv-09570-RJS | |
| 1:11-cv-09571-RJS | |
| 1:11-cv-09572-RJS | |
| 1:11-cv-09581-RJS | |
| 1:11-cv-09582-RJS | |
| 1:11-cv-09583-RJS | |
| 1:11-cv-09584-RJS | |
| 1:11-cv-09585-RJS | |
| 1:11-cv-09586-RJS | |
| 1:11-cv-09587-RJS | |
| 1:11-cv-09587-RJS | |
| 1:11-cv-09588-RJS | |
| 1:11-cv-09589-RJS | |
| 1:11-cv-09590-RJS | |
| 1:11-cv-09591-RJS | |
| 1:11-cv-09592-RJS | |
| 1:11-cv-09593-RJS | |
| 1:11-cv-09594-RJS | |
| 1:11-cv-09595-RJS | |
| 1:11-cv-09596-RJS | |
| 1:11-cv-09597-RJS | |
| 1:11-cv-09598-RJS | |
| 1:11-cv-09599-RJS | |