



Rachel Sims
Tel. (212) 801-2110
simsr@gtlaw.com

OCT 1 2013

**MEMO ENDORSED**

October 15, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-13

**VIA HAND DELIVERY**

Hon. William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Activity in Case 1:11-md-02296-RJS**
**In Re: Tribune Company Fraudulent Conveyance Litigation**

Dear Judge Pauley:

I write to advise the Court that I am no longer counsel in the referenced matter. Accordingly, I respectfully request that I be removed from the Court's electronic filing notifications for this action. I have been informed by the court clerk that I am required to make this application by letter to the Court.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Rachel Sims*
Rachel Sims

SO ORDERED
Dated: 10/17/13
RICHARD J. SULLIVAN
U.S.D.J.
ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV*
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

*OPERATES AS
GREENBERG TRAURIG MAHER, LLP
+OPERATES AS
GREENBERG TRAURIG, S.C.
~A BRANCH OF
GREENBERG TRAURIG, P.A.
FLORIDA, USA
STRATEGIC ALLIANCE
*OPERATES AS
GREENBERG TRAURIG GRZESIAK SPK.

NY 243348072v1

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building ■ 200 Park Avenue ■ New York, NY 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400