UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE: TRIBUNE COMPANY            Consolidated Multidistrict Action
FRAUDULENT CONVEYANCE             11 MD 2296 (RJS)
LITIGATION                        12 MD 2296 (RJS)
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO
The following Consolidated Action:
Official Committee of Unsecured Creditors of the
Tribune Company v. Fitzsimons,
12 CV 02652.
-----------------------------------------------------------------x

## SUGGESTION OF DEATH

     PLEASE TAKE NOTICE that the undersigned, having entered an appearance as attorney of record for defendant Monica K. Hinman in the above-captioned proceeding, pursuant to Fed. R. Civ. Pro. 25(a)(1), hereby suggests upon the record the death of defendant Monica K. Himan on June 27, 2013, during the pendency of this litigation.

     Dated: November 21, 2014

                                       By: /s/ Brendon I. Martin_____
                                              Counsel for Monica K. Hinman

Joseph R. Ziccardi, Esq.
Gabriella Moretti, Esq.
Brendon I. Martin, Esq.
ZICCARDI LAW OFFICES
77 W. Washington Street, Suite 705
Chicago, Illinois 60602-4193
(312) 372-3477

**CERTIFICATE OF SERVICE**

      I, Brendon I. Martin, an attorney, hereby state that on this 21nd day of November 2014, I caused copies of the Notice together with the above-mentioned document to be sent via e-mail transmission via ECF to all counsel of record.

Dated: November 21, 2014

                                                                     s/ Brendon I. Martin

Joseph R. Ziccardi, Esq.
Gabriella Moretti, Esq.
Brendon I. Martin, Esq.
ZICCARDI LAW OFFICES
77 W. Washington Street, Suite 705
Chicago, Illinois 60602-4193
(312) 372-3477